IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

EDWARD LEON MAJOR,

    Plaintiff,

vs.

REKHA HALLIGAN, et al,

    Defendants.

*FILED ELECTRONICALLY*

CIV. ACTION NO. 1:21-cv-0068

## NOTICE OF ENTRY OF APPEARANCE

Kindly enter the appearance of Benjamin M. Lombard, Esquire and the law firm of Weber Gallagher on behalf of Dr. Halligan and Dr. Herbik in the above captioned lawsuit.

Respectfully submitted,

WEBER GALLAGHER SIMPSON STAPLETON
FIRES & NEWBY LLP

BY:   /s/ Benjamin M. Lombard
      Benjamin M. Lombard, Esquire
      blombard@wglaw.com
      PA322376

      WEBER GALLAGHER SIMPSON
      STAPLETON FIRES & NEWBY, LLP
      Four PPG Place
      5th Floor
      Pittsburgh, PA 15222
      (412) 281-4541
      (412) 281-4547 FAX

## **CERTIFICATE OF SERVICE**

    I, Benjamin M. Lombard, Esquire, hereby certify that on this date a true and correct copy of the foregoing **NOTICE OF ENTRY OF APPEARANCE** was sent by CM-ECF to all parties of record.

                                               /S/ Benjamin M. Lombard
                                           Benjamin M. Lombard, Esquire

Dated:        11/18/2022