**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

EDWARD MAJOR,                                                )
                 Plaintiff,                                  )          Case No. 1:21-CV-00068-RAL
                                           )
   vs.                                                    )
                                           )          Richard A. Lanzillo
                                         )          Chief United States Magistrate Judge
MICHAEL J. EDWARDS,                                          )
REGISTERED NURSE, SCI ALBION; JAMES                         )
OCHS, R.H.U. LT., SCI ALBION; PAUL ENNIS,                   )
DEPUTY SUPERINTENDENT, SCI ALBION;                          )
MICHAEL CLARK, FACILITY MANAGER,                            )
SCI ALBION; SETH ERICKSON, SDU UNIT                         )
MANAGER, SCI FAYETTE; WILLIAM                               )
NICHOLSON, HEALTH CARE                                      )
ADMINISTRATOR, SCI GREENE;                                  )
ADAM SHADE, SCI ALBION                                      )
MEDICAL PERSONNEL; SERGEANT                                 )
OHRMAN, MICHAEL HERBIK, JAMES                               )
BRIGHT, LIEUTENANT MATIYASIC,                               )
CORRECTIONAL OFFICER CARNS,                                 )
                 Defendants,                                )

## ORDER OF COURT TO MODIFY CASE MANAGEMENT ORDER

AND NOW, this 14th day of March, 2024, IT IS HEREBY ORDERED that the

Case Management Order (ECF 145) shall be modified and completed as follows:

1. Joinder of additional parties will be completed by June 12, 2024.

2. Amendments to the pleadings will be completed by June 12, 2024.

3. The parties shall complete fact discovery by July 9, 2024. All interrogatories,

    depositions and requests for admissions and/or production of documents shall be

    served within sufficient time to allow responses to be completed prior to the close of

    discovery.

4. Plaintiff's expert reports shall be served by August 9, 2024. Depositions of Plaintiff's expert(s) shall be completed by October 8, 2024. Defendant's expert reports shall be served by September 9, 2024. Depositions of Defendant's expert(s) shall be completed by October 8, 2024.

5. A post-fact discovery status conference before the undersigned shall be scheduled for a mutually convenient date for the Court and the parties following the close of fact discovery.

6. Any dispositive motion(s) shall be filed no later than August 23, 2024. Responses and replies shall be filed in accordance with the Local Rules.

BY THE COURT:

RICHARD A. LANZILLO
Chief United States Magistrate Judge