**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **EDWARD MAJOR,** | : | |
| **Plaintiff** | : | |
| | : | **No. 1:21-CV-0068** |
| **v.** | : | |
| | : | **Judge Lanzillo** |
| **DR. HALLIGAN, MICHAEL J.** | : | |
| **EDWARDS, LT. OCHES, PAUL ENNIS,** | : | **Electronically Filed Document** |
| **M. CLARK, JOHN DOE, ERICSON, P.** | : | |
| **HARNEY** *and* **WILLIAM NICHOLSON,** | : | *Complaint Filed 02/04/21* |
| | : | |
| **Defendants** | : | |

## PROPOSED ORDER

AND NOW this _____ day of _____, 2024, upon consideration of the

Parties' Joint Motion for Extension of Discovery Deadline, it is hereby ORDERED that the

Motion is GRANTED.  The deadline to complete discovery is hereby extended to September 9,

2024.

BY THE COURT:

_____