IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Edward Major, | ) | |
|     Plaintiff | ) | |
| | ) | Case No. 1:21-cv-0068 |
| v. | ) | |
| | ) | |
| Rekha Halligan, et al., | ) | Richard A. Lanzillo |
| | ) | Chief United States Magistrate Judge |
|     Defendants | ) | |

## HEARING MEMO/MINUTE ENTRY

**Hearing Date:** September 4, 2024
**Time:** 9:45 AM
**Type of Conference:** Pre-Mediation Scheduling Conference
**Reporter:** n/a
**Staff Attorney/Law Clerk:** John "Sean" Heasley
**Courtroom Deputy:** Debra Humphries

**Counsel for Plaintiff**

David R. Osipovich, Esq.
Jonathan Vaitl, Esq.
Mary Elizabeth Davis, Esq.
Nicholas Chan, Esq.

**Counsel for Defendants**

Benjamin M. Lombard, Esq.
Samuel H. Foreman, Esq.
Dep. Atty. Gen. Meghan Flowers
Dep. Atty. Gen. McCall B. Chafin

**Orders, Remarks, Instructions**

The Court convened a telephonic status conference this morning to discuss dates and logistical arrangements for a medication/settlement conference in this case. The Court and the Parties agreed on a potential date of <u>Monday, October 21, 2024, beginning at 10:00 AM</u>. Atty. Lombard will confirm Dr. Herbik's availability and inform Chambers staff as soon as possible.

The proceedings will be conducted in person, with others participating via video. The Court will issue a writ *ad testificandum* to ensure the Plaintiff's attendance. As noted in the Court's prior order, all deadlines previously in place have been suspended. ECF No. 194, p. 2. Additionally, the post-discovery statute conference scheduled for September 12, 2024, is canceled. Once Dr. Herbik's attendance has been confirmed, a detailed scheduling order will issue.

The conference concluded at 10:15 AM.